UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY G. OTTOVICH, ET AL., <br>     Plaintiffs, <br> v. <br> OCWEN LOAN SERVICING, LLC, et al., <br>     Defendants. | Case No. 17-cv-02601-MEJ <br><br> **ORDER TO SHOW CAUSE** |

On May 9, 2017, Defendant Ocwen Loan Servicing, LLC filed a Motion to Dismiss, with a noticed hearing date of June 15, 2017. Dkt. No. 9. Plaintiffs Harvey Ottovich and Randy Ottovich (together, "Plaintiffs") failed to file an opposition pursuant to Civil Local Rule 7.

Accordingly, the Court VACATES the motion hearing and ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by June 14, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration; conduct a hearing on July 6, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California; or take other appropriate action.[1] <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs do not intend to prosecute, and the Court may recommend the case be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 6, 2017

                                                  MARIA-ELENA JAMES
                                                  United States Magistrate Judge

---

[1] On May 22, 2017, the Court issued a notice for Plaintiffs to file a notice of consent or declination to Magistrate Judge jurisdiction no later than June 1, 2017. Dkt. No. 13. As of the date of this Order, Plaintiffs have not responded.