UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY G. OTTOVICH, ET AL., Plaintiffs, v. OCWEN LOAN SERVICING, LLC, et al., Defendants. | Case No. 17-cv-02601-MEJ **ORDER TO SHOW CAUSE** |

On July 27, 2017, the Court ordered Plaintiff Harvey Ottovich to file an amended complaint by August 28, 2017. Minute Entry, Dkt. No. 28. As of the date of this Order, Plaintiff has not filed an amended complaint.

Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 5, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 5, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 30, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge